IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES L. TATUM, II,<br><br>    Defendant.<br>_____/ | No. CR 91-0287<br><br>**ORDER DIRECTING RESPONSE** |

Now pending before the Court is defendant's motion to quash the no bench warrant issued on September 24, 1997. According to defendant he never had a hearing on the warrant. Plaintiff is directed to file a response to the defendant's motion on or before May 15, 2009.

**IT IS SO ORDERED.**

Dated: April 29, 2009

                                                CHARLES  R. BREYER<br>                                              UNITED STATES DISTRICT JUDGE