IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 91-0287 |
| Plaintiff, | **ORDER DIRECTING RESPONSE** |
| v. | |
| CHARLES L. TATUM, II, | |
| Defendant.                                    / | |

Now pending before the Court is defendant's motion to quash the no bench warrant issued on September 24, 1997.  In response the government moves to dismiss the supervised release violation and states that it does not oppose defendant's motion to quash. Accordingly, the motion to quash is GRANTED and the supervised release violation is DISMISSED.

**IT IS SO ORDERED.**

Dated: May 15, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\1986-94\91-0287\orderquashanddismiss.wpd